IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FINANCIAL FEDERAL CREDIT, INC. § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. H-05-3832 | |
| § | | |
| JOHNSON TUM and GARY UNG, § | | |
| § | | |
| Defendants. § | | |

## FINAL JUDGMENT

For reasons separately stated in the Memorandum and Order signed by the Court this day and in the Default Judgment entered March 8, 2006, it is

ORDERED and ADJUDGED that Plaintiff Financial Federal Credit, Inc. shall have and recover of and from Defendants Johnson Tum and Gary Ung, jointly and severally, the sum of ONE HUNDRED SEVENTY-ONE THOUSAND NINE HUNDRED NINETY-THREE AND 71 DOLLARS ($171,993.71), together with interest on all unpaid portions thereof in the amount of 5.03% per annum, compounded annually, from the date of this Final Judgment until paid.

This is a **FINAL JUDGMENT**.

The Clerk shall notify all parties and provide them with a true copy of this Order.

SIGNED at Houston, Texas on this 7th day of June, 2006.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE